IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00153–KMT

LARRY NEIL GRANT,

    Plaintiff,

v.

LT. BERNADETTE SCOTT,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order (Doc. No. 40) of Magistrate Judge Kathleen M. Tafoya entered on October 9, 2013 it is

    **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 33) is **GRANTED** in part and **DENIED** in part. It is further

    **ORDERED** that Plaintiff's claims against Defendants Owens, Felzein, Clements, and Behrendsen are dismissed for failure to state a claim upon which relief can be granted. It is further

    **ORDERED** that Plaintiff's official-capacity claims for monetary relief against Defendant Scott are barred by the Eleventh Amendment and are dismissed for lack of subject matter

jurisdiction. It is further

**ORDERED** that Plaintiff's Eighth Amendment claim is dismissed for failure to allege personal participation.

Pursuant to the Order (Doc. No. 66) of Magistrate Judge Kathleen M. Tafoya entered on September 11, 2014 it is

**ORDERED** that Defendant's Motion for Summary Judgment" (Doc. No. 58) is **GRANTED**. It is further

**ORDERED** that this case is dismissed in its entirety. It is further

**ORDERED** that judgment shall enter on behalf of Defendants and against Plaintiff, in accordance with this Order and this court's Order regarding Defendants' Motion to Dismiss (Doc. No. 40).

Dated at Denver, Colorado this 15th day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   S. Grimm

S. Grimm
Deputy Clerk